**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

SADIYQ HOLLOWAY,

           **Plaintiff,**          **:**

                                              **Case No. 2:26-cv-202**
      **v.**                      **Chief Judge Sarah D. Morrison**
                                              **Magistrate Judge Kimberly A.**
                                            **Jolson**

OFFICER M. ROGERS, *et al.*,      **:**

           **Defendants.**

## ORDER

On March 30, 2026, the Magistrate Judge issued a Report and Recommendation recommending that Plaintiff Sadiyq Holloway's Motions for Leave to Proceed *in Forma Pauperis* be denied. (ECF No. 6.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Mr. Holloway's Motions (ECF Nos. 1 and 3) are **DENIED**. Mr. Holloway is **ORDERED** to pay the $405.00 filing fee **within fourteen days** in order to proceed in this action.

      **IT IS SO ORDERED.**

                                     /s/ Sarah D. Morrison
                                     **SARAH D. MORRISON, CHIEF JUDGE**
                                     **UNITED STATES DISTRICT COURT**